IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY,              ) | |
|                              ) | |
|     Petitioner,              ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                       ) | 3:19cv506-MHT |
|                              ) | (WO) |
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
|     Respondent.              ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (Doc. 10) are overruled.

(2) Petitioner's motion to recuse (Doc. 10) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(4) Petitioner's "Nunc Pro Tunc Rule 60(b)(3)(6) Motion to Dismiss Case with Prejudice" (Doc. 2), which constitutes a successive 28 U.S.C. § 2255 motion, is

dismissed for lack of jurisdiction, and, to the extent he petitions for a writ of error coram nobis, the petition is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of April, 2022.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE